# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN CAROL STAEDTLER, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| ANDREW SAUL, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | NO. 20-4890 |

## ORDER

**AND NOW**, this 1st day of July, 2021, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that:

1. Plaintiff's request for review (Document No. 11) is **GRANTED**.

2. The ALJ's decision is **REVERSED** and the case is **REMANDED**, solely for the calculation and award of benefits.

**BY THE COURT**:

   */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge